## In re Estate of Charles Wm. Kuhn, Deceased.
## Forrest T. Dustin, Receiver, Appellant, v. Gladys Rucker Lohff and Henrietta Anna Wallin, Execcutrices of Estate of Charles Wm. Kuhn, Deceased, Appellees.

Gen. No. 43,467.

opinion filed November 19, 1946; released for publication December 3, 1946. Frisch & DeHaan, for appellant; George J. Fox, of counsel; Peter V. Fazio, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full.